UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANGELO LAMAR GATHRITE,<br><br>  Plaintiff,<br><br>v.<br><br>HEATHER WILSON; J. TREJO; and SALINAS,<br><br>  Defendants. | Case No.: 19cv1852-JAH (NLS)<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO DISMISS** |

On February 12, 2020, Defendants filed a motion to dismiss the complaint in this action. ECF No. 10. A motion hearing was set for March 25, 2020. *Id.* Pursuant to Local Rule 7.1(e)(2), an opposition to the motion was due "no later than fourteen (14) calendar days prior to the noticed hearing." In this case, the opposition was due no later than March 11, 2020, and to date, no opposition has been filed. In an abundance of caution, the Court **EXTENDS** the time for Plaintiff to file an opposition and for Defendants to file any reply. Plaintiff shall file an opposition to the motion to dismiss on or before **April 29, 2020** and Defendants shall file any reply on or before **May 6, 2020**.

**IT IS SO ORDERED.**

Dated: March 18, 2020

Hon. Nita L. Stormes
United States Magistrate Judge

1

19cv1852-JAH (NLS)